NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLOYD M. MINKS,**
*Plaintiff-Appellant,*

**v.**

**POLARIS INDUSTRIES, INC.,**
*Defendant-Cross Appellant.*

---

2010-1106, -1132

---

Appeals from the United States District Court for the Middle District of Florida in no. 05-CV-1894, Judge Gregory A. Presnell.

---

**JUDGMENT**

---

STEVEN L. BRANNOCK, Brannock & Humphries, of Tampa, Florida, argued for plaintiff-appellant. With him on the brief was SARAH C. PELLENBARG.

ANTHONY C. ROTH, Morgan, Lewis & Bockius LLP, of Washington, DC, argued for defendant-cross appellant. With him on the brief was MICHELLE P. NGUYEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PLAGER, and GAJARSA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>December 10, 2010</td><td>/s/ Jan Horbaly</td></tr>
<tr><td>Date</td><td>Jan Horbaly</td></tr>
<tr><td></td><td>Clerk</td></tr>
</table>